UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CATINA M. TERRELL                                    CIVIL ACTION

VERSUS                                               NO. 25-2144

FRANK BISIGNANO,                                     SECTION "R" (3)
COMMISSIONER OF SOCIAL
SECURITY

## ORDER AND REASONS

Defendant Social Security Administration filed an unopposed motion to reverse and remand this case to the Social Security Administration for further administrative proceedings.[1]  On April 2, 2026, Magistrate Judge Dossier issued a Report & Recommendation (R&R), recommending that the Court grant the unopposed motion to reverse and remand and enter judgment reversing the decision of the Social Security Commissioner and remanding the case for further administrative proceedings.  No party objected to the R&R.  Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no

---

[1]      R. Doc. 18.

1

timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

The Court finds no clear error. Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion. The Court GRANTS defendant's unopposed motion to reverse and remand.[2]

The Court reverses the decision of the Commissioner and remands the case for further administrative proceedings under 42 U.S.C. § 405(g).

New Orleans, Louisiana, this __20th__ day of April, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[2]      R. Doc. 18.

2